932 A.2d 876

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Clay CALDWELL, Petitioner.**

**No. 106 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Motion for Extension of Time to File Allowance of Appeal is denied.

932 A.2d 876

**Demetrius BAILEY, Petitioner,**

v.

**David DIGUGLIELMO, David Wakefield, Respondents.**

**No. 105 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.